# UNITED STATES DISTRICT COURT
## for the

### Eastern District of North Carolina

United States of America
v.
**Samuel McCrae Newkirk**

)
)
)
)
)
)
)

Case No:  4:13-CR-63-1FL

USM No:  57819-056

Date of Original Judgment:     April 3, 2014
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Debra Graves
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ 65 _____ months **is reduced to** _____ 60 months _____

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated April 3, 2014 shall remain in effect. **IT IS SO ORDERED.**

Order Date:  ____1/27/2015____

*Louis W. Flanagan*
_____
*Judge's signature*

Effective Date:  November 1, 2015
*(if different from order date)*

Louise W. Flanagan, U.S. District Judge
_____
*Printed name and title*